UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**FABIAN SILVA through THERESA ABEYTA, his Legal Guardian and Conservator,**

       Plaintiff,

v.                             No. 16-cv-488 JCH/KK

**SYLVIA MATHEWS BURWELL, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTER FOR MEDICARE & MEDICAID SERVICES, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**

       Defendants.

## FINAL ORDER OF DISMISSAL

In a Memorandum Opinion and Order filed contemporaneously with this Order, the Court dismissed Plaintiff's case for lack of subject matter jurisdiction.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED**.

_____
**UNITED STATES DISTRICT JUDGE**